**Order issued October 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-13-01524-CR

---

## TONY ANTHONY JOHNSON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

## O R D E R

Before Chief Justice Wright and Justices Francis and Myers

Based on the Court's opinion of this date, we **GRANT** the May 18, 2014 motion of Niles Illich for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Niles Illich as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Tony Anthony Johnson, TDCJ No. 0572566, Byrd Unit, 21 FM 247, Huntsville, Texas, 77320.

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE